STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**OMAYRA DAUMONT RODRIGUEZ**     Case No. 17-04443-MCF

Chapter 13     Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose
[ ] Appearing:

Date & Time:  8/2/2017  1:10:00PM
[X] R  [ ] NR  LV: $4,008 (PV $4,649)
[X] This is debtor(s) 1 Bankruptcy filing.

Creditors:

None

**II. Oath Administered**
[X] Yes     [ ] No

**III. Plan**

Date: 06/23/2017     Base: $18,573.00     Payments 1 made out of 1 due.

Confirmation Hearing Date:     9/8/2017  1:30:00PM

Evidence of Pmt shown:

Attorney's fees as per R. 2016(b)
  $3,000.00  -  $82.00  =  $2,918.00

**IV. Status of Meeting**

[X] Closed     [ ] Not Held     [ ] Held/Continued
[ ] Held/Not Closed

[ ] Continued

Continued Date:
Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments
[ ] Keep payments current  [ ] does (do) not qualify as a debtor (§109):
[ ] MTD Already filed, see Docket:
[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**OMAYRA DAUMONT RODRIGUEZ**                  Case No.   17-04443-MCF

                                              Chapter 13        Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO***

                                                                                                                    (Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility <br> [ ] Insufficiently funded <br> [ ] Unfair discrimination <br> [ ] Fails disposable income <br> [ ] Fails liquidation value test <br> [ ] Insuarence quote | [ ] No provision for secured creditor(s) <br><br> [ ] Tax returns missing <br>  [ ] State  -  years <br><br><br>  [ ] Federal  -  years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information <br><br> [ ] Evidence of being current with DSO <br><br> [ ] Evidence of income | [ ] Monthly reports for the months <br><br> [ ] Public Liability Insurance <br>  [ ] Premises <br>  [ ] Vehicle(s): <br>  [ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

OMAYRA DAUMONT RODRIGUEZ          Case No.   17-04443-MCF

                                  Chapter 13     Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 5**

**Household size: 3**

**Disp. Income under 1325(b)(2): -1,436.71**

**Debtor(s) made of aware of their continuing obligation, during the term of the plan, to report any change in their**

**financial/economic circumstances, particularly**

**increases in income or acquisition of goods or property, either by payment or free of cost, for example and not**

**limited to salary increases, donations, lottery**

**prizes, inheritances and causes of action.**

**Debtor(s) made aware of plan's tax refund provision to increase pay-out to creditors.***

**I reviewed documentary evidence on the filing of the 2013 thru 2016 state income tax returns.**

**The distribution to non-priority unsecured creditors is approximately 0%.**

**--------------------**

**1. Plan does not specify whether insurance for vehicle will be paid directly by debtor or through the plan.**

**2. Plan does not provide direct payment for retirement loan (401k).**

**3. Plan is insufficiently funded to pay secured creditors. Thus, plan does not comply with the best interest of**

**creditors' test.**

**4. Provide maturity date for 401k loan.**

**5. Debtor has not claimed any exemption over real property. Is this truly her intention?  LV  could be $0.00.  She is**

**to amend to claim exemption under section 522(d)(5)**

**The following party(ies) object(s) confirmation:**

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**OMAYRA DAUMONT RODRIGUEZ**

Case No. **17-04443-MCF**

**Chapter 13**  Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO\***

| | |
|---|---|
| <u>s/Alejandro Oliveras</u> | Date: **08/02/2017** |
| **Trustee/Presiding Officer** | (Rev. 05/13) |