IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

OMAYRA DAUMONT RODRIGUEZ

DEBTOR(S)

CASE NO. 17-04443-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 08/02/2017. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: November 13, 2017     PLAN BASE: $21,402.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 11/16/2017

[X] FAVORABLE            [ ] UNFAVORABLE

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez
USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CAS - JP