202335
1546

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: | 17-04443-MCF |
|---|---|---|
| **Omayra Daumont Rodríguez** | CHAPTER: | 13 |
| **Debtors** | | |
| **Banco Popular de Puerto Rico**<br>Movant | | |
| Omayra Daumont Rodríguez | | |
| *Debtors-Respondents* | | |
| Alejandro Oliveras Rivera<br>*Trustee* | | |

**MOTION REQUESTING CONTINUANCE OF HEARING**

TO THE HONORABLE COURT

COMES NOW **Banco Popular de Puerto Rico**, hereinafter referred to as BPPR, through the undersigned counsel, and very respectfully alleges and requests:

1. On July 16, 2018, BPPR filed a Motion for Relief from Stay on the grounds that the Debtor had accumulated post-petition arrears with BPPR and as such had failed to comply with the provisions of the plan (the "Motion"). [Refer to Docket Entry Number 31].

2. As to that effect, this Honorable Court scheduled the preliminary hearing for August 14, 2018 (the "Hearing").

3. BPPR respectfully requests that a final hearing be scheduled in the above referenced case in order for BPPR to evaluate the arrears included in the post confirmation modification of chapter 13 plan at Docket No. 42, and prepare the corresponding amended poc and stipulation

Case No. 17-04443-MCF
Page No. 2

4. Therefore, BPPR requests that the Hearing be continued.

5. BPPR hereby waives the determination period.

**WHEREFORE**, BPPR requests that the remedies sought in this motion be granted and that the parties and their attorneys be excused from appearing at the Hearing.

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **the Trustee Alejandro Oliveras Rivera** and **to the debtors' attorney, Roberto Figueroa Carrasquillo**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 13th day of August, 2018.

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

*/s/ Patricia I. Varela Harrison*
By: Patricia I. Varela Harrison
USDC -PR 224802
Email:pvarela@martineztorreslaw.com